IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DAMIEN FORD,            PLAINTIFF
ADC #143035

v.            4:21CV00130-JM-JTK

ASA HUTCHINSON, et al.            DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice.

The Court certifies that an in forma pauperis appeal from this Judgment and accompanying Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 15th day of April 2021.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE